# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
MARCH 2026 03582
E-Filing Number: 2603059639

| | |
|---|---|
| PLAINTIFF'S NAME<br>PHOL LA. DANH | DEFENDANT'S NAME<br>WALMART, INC. |
| PLAINTIFF'S ADDRESS<br>5910 ALMA STREET<br>PHILADELPHIA PA 19149 | DEFENDANT'S ADDRESS<br>702 SW 8TH STREET<br>BENTENVILLE AR 72712 |
| PLAINTIFF'S NAME<br>HONG THACH | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS<br>5910 ALMA STREET<br>PHILADELPHIA PA 19149 | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 2

TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE

2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
MAR 24 2026
G. IMPERATO

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: PHOL LA DANH , HONG THACH

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>BRAD R. KRUPNICK | ADDRESS<br>1333 RACE STREET<br>PHILADELPHIA PA 19107 |
| PHONE NUMBER<br>(215)665-0100<br>FAX NUMBER<br>none entered | |
| SUPREME COURT IDENTIFICATION NO.<br>76823 | E-MAIL ADDRESS<br>bkrupnick@fineandstaud.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*BRAD KRUPNICK* | DATE SUBMITTED<br>Tuesday, March 24, 2026, 03:33 pm |

**FINE STAUD & LEVY, LLC**
**BY: BRAD R. KRUPNICK, ESQUIRE**
**ATTORNEY I.D. 76823**
**1333 RACE STREET**
**PHILADELPHIA, PA 19107**
**PHONE: 215-665-0100**
**bkrupnick@fineandstaud.com**

**ATTORNEY FOR PLAINTIFFS**

**MAJOR JURY**

**ASSESSMENT OF DAMAGES HEARING IS REQUIRED**

Filed and Attested by the Office of Judicial Records 24 MAR 2026 03:11 pm IMPERATO

| | | |
|---|---|---|
| **PHOL LA DANH**, and<br>**HONG THACH**, H/W<br>5910 ALMA STREET<br>Philadelphia, PA 19149<br>PLAINTIFFS | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | : | MARCH TERM 2026 |
| **WALMART, INC.**<br>702 SW 8TH STREET<br>BENTENVILLE, AR 72712<br>DEFENDANT | : | NO. |

## NOTICE TO PLEAD

### NOTICE

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.**

**You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO**

### AVISO

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO**

**FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**PHILADELPHIA BAR ASSOCIATION**
**Lawyer Referral & Information Service**
**1101 Market Street, 11th Floor**
**Philadelphia, PA 19107**
**(215) 238-6333 TTY# (215) 451-6197**

**TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

**ASOCIACION DE LICENCIADOS DE FILADELFIA**
**Servicio De Referencia E. Informacion**
**1101 Market Street, 11th Floor**
**(215) 238-6333 TTY# (215) 451-6197**

**FINE STAUD & LEVY, LLC**
**BY: BRAD R. KRUPNICK, ESQUIRE**
**ATTORNEY I.D. 76823**
**1333 RACE STREET**
**PHILADELPHIA, PA 19107**
**PHONE: 215-665-0100**
**bkrupnick@fineandstaud.com**

**ATTORNEY FOR PLAINTIFFS**

**MAJOR JURY**

**ASSESSMENT OF DAMAGES HEARING IS REQUIRED**

| | | |
|---|---|---|
| **PHOL LA DANH**, and<br>**HONG THACH**, H/W<br>5910 ALMA STREET<br>Philadelphia, PA 19149<br>PLAINTIFFS | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | : | MARCH TERM 2026 |
| **WALMART, INC.**<br>702 SW 8TH STREET<br>BENTENVILLE, AR 72712<br>DEFENDANT | : | NO. |

## CIVIL COMPLAINT
## PREMISES LIABILITY / SLIP AND FALL

1) Plaintiffs, **Phol La Danh and Hong Thach,** are adult individuals and husband and wife who reside at the above address.

2) Defendant, **Walmart, Inc.**, is a business entity existing by virtue of the laws of the Commonwealth of Pennsylvania that is registered and authorized to conduct business in the Commonwealth of Pennsylvania with a place of business at the above address.

3) At all times relevant hereto, Defendant, owned, possessed, operated, maintained and/or managed a Walmart located at: 9745 Roosevelt Boulevard, Suite A, Philadelphia, PA 19914 and was responsible for the management, repair and/or maintenance of the premises, including the interior floor of the premise where the cause of action arose.

4) At all times relevant hereto, Defendant, was acting by and through its agents, contractors, and/or employees, who were acting within the course and scope of their authority, whether actual or apparent.

5) Jurisdiction and venue are proper in the Philadelphia County Court of Common Pleas as the defendant is in Philadelphia and it conduct business there.

6) On June 26, 2024, Plaintiff, Phol La Danh was walking through Defendant's, store, when he slipped and fell due to liquid on the floor inside the store causing injuries and damages to the Plaintiff, Phol La Danh, that are set forth below.

7) At all times relevant, Plaintiff, Phol la Danh, was a business invitee on the subject property.

8) At all times relevant, Defendant should have been aware of and on reasonable notice that there was a dangerous condition at the property and presented an unreasonable danger to Plaintiff, Phol La Danh.

9) Defendant was negligent in some or all of the following particulars:

a. Failure to remove liquid from the floor;

b. Failure to clean the floor to remove the dangerous condition;

c. Allowing and permitting spilled or leaked liquid to accumulate and remain in the area where the incident occurred;

d. Failure to remove the spilled or leaked liquid on the floor after actual or constructive notice of the defective condition;

e. Failure to warn the Plaintiff and others similarly situated of the aforesaid defective and dangerous condition;

f. Failure to properly and adequately inspect the aforesaid defective area so as to

determine the condition thereof; and

g. Failure to maintain and/or barricade or otherwise adequately notify the Plaintiff and others similarly situated of the dangerous and defective condition.

**PLAINTIFF PHOL LA DANG V. DEFENDANT**
**PREMISES LIABILITY / NEGLIGENCE**

10) Plaintiff incorporates the foregoing paragraphs as though they were set forth at length herein.

11) Solely as a result of the negligence and carelessness of Defendant, the Plaintiff, Phol La Danh, suffered injuries including but not limited to; injury to the back, injury to the left wrist and those other conditions that have been documented by his treating physicians and contained in those physicians' records.

12) Solely as a result of the above, Plaintiff, Phol La Danh, has in the past, is presently and will in the future be obliged to receive and undergo medical attention and care, and to expend various sums of money, or to incur various expenses for his injuries, and he may be obligated to continue to expend such sums of money or incur such expenses for an indefinite time into the future, to his great detriment and loss.

13) As a further result of this incident, and by reason of the injuries aforesaid, Plaintiff, Phol La Danh, has or may in the future continue to suffer great pain and agony, mental anguish, loss of life's pleasures, scarring, humiliation, and has been or may be in the future hindered from attending to his daily duties, functions, and occupations to his great damage and loss.

14) As a direct and proximate result of the aforementioned negligence, carelessness, and conduct of Defendant, Plaintiff, Phol La Danh, has in the past, is presently, and/or may in the future, undergo a great loss of earnings and/or earning capacity, all of which are to Plaintiff's great loss and detriment.

15) As a result of said incident, Plaintiff, Phol La Danh, has in the past, is presently and will in the future be caused to suffer restrictions and limitations of his normal activities of daily living.

16) As a direct and proximate result of the aforementioned negligence, carelessness, and conduct of Defendant, Plaintiff, Phol La Danh, suffered serious and permanent injuries, all directly as a result of the aforesaid defective condition of the floor as described herein.

**WHEREFORE**, Plaintiff, Phol La Danh, hereby demands judgment in his favor and against Defendant in a sum in excess of $50,000.00 plus delay damages and costs of suit.

## PLAINTIFF HONG THACH V. DEFENDANT
## LOSS OF CONSORTIUM

17) Plaintiff incorporates the foregoing paragraphs as though they were set forth at length herein.

18) At all times relevant, Plaintiff Hong Thach was and is the wife of Plaintiff, Phol La Danh.

19) As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff Hong Thach suffered the loss of consortium services of her husband, Plaintiff, Phol La Danh, and she may so suffer in the future, all to her great detriment and loss.

**WHEREFORE**, Plaintiff, Hong Thach, hereby demands judgment in her favor and against Defendant in a sum in excess of $50,000.00 plus delay damages and costs of suit.

FINE STAUD AND LEVY, LLC

Date: 3/24/26

BRAD KRUPNICK, ESQUIRE
Attorney for Plaintiffs

**VERIFICATION**

I, Phol La Danh , hereby state that I am the **PLAINTIFF** in this matter; that the averments contained in the foregoing

are true and correct to the best of my knowledge, information and belief, and further that this statement is made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification.

Plelly

DATE: 3/24/26